IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOSHUA WRIGHT,

Appellant,

v.

Case No.  5D22-1928
LT Case No. 2016-CF-10248-A-O

STATE OF FLORIDA,

Appellee.

_____/

Decision filed October 4, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Joshua Wright, Bowling Green, pro se.

No Appearance for Appellee.

PER CURIAM.

AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.